**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

CARLOS DEL RIO,

                                     Plaintiff,

                    -against-

257 SG PIZZA CORP., *et al.*,

                               Defendants.

-----------------------------------------------------------x

          19-cv-3426 (OTW)

          **<u>ORDER</u>**

**ONA T. WANG, United States Magistrate Judge:**

The parties have consented to jurisdiction to a United States Magistrate Judge. (ECF 58).

The parties are directed to appear for a telephonic status conference on **September 22, 2020 at 3:00 pm**; (866) 390-1828, access code 1582687. Parties should be prepared to discuss the case and trial. Parties shall review the Court's Individual Practices and § V thereunder. *See* https://www.nysd.uscourts.gov/hon-ona-t-wang.

        **SO ORDERED.**

                               *s/ Ona T. Wang*

Dated: August 26, 2020                       **Ona T. Wang**
     New York, New York             United States Magistrate Judge