**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                  :

CARLOS DEL RIO,                      :
                                  :
                  Plaintiff,    :            19-cv-3426 (OTW)
                                  :
        -against-           :              **ORDER**
                                  :
257 SG PIZZA CORP., *et al.*,      :
                                  :
               Defendants.   :
                                  :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared for a status conference on September 29, 2020. As directed at the conference, parties shall jointly email Chambers, Wang_NYSDChambers@nysd.uscourts.gov, by **October 2, 2020**, with dates in October and November for a settlement conference.

**SO ORDERED.**

                                            *s/ Ona T. Wang*
Dated: September 29, 2020                    **Ona T. Wang**
      New York, New York           United States Magistrate Judge