**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
CARLOS DEL RIO,
:
:
                     Plaintiff,     :           19-cv-3426 (OTW)
:
        -against-              :            **ORDER**
:
257 SG PIZZA CORP., *et al.*,
:
:
                    Defendants.  :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Defendants' attorneys has moved to withdraw as counsel. (ECF 68). Accordingly, the pretrial conference scheduled for January 21, 2012 at 3:00 pm is hereby converted to a hearing on the motion to withdraw. See ECF 67 for the dial in. Defendants' attorneys must ensure that their clients are on the line.

By 5 pm the day before the conference, parties shall email Chambers in ONE email the names and phone numbers of those planning to appear at the 1/21 conference.

        **SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: January 19, 2021                                        **Ona T. Wang**
       New York, New York                     United States Magistrate Judge