**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CARLOS DEL RIO,

                Plaintiff,                19-CV-3426 (OTW)

    -against-                  **ORDER**

257 SG PIZZA CORP., *et al.*,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

By February 10, 2021, Defendants are directed to file any invoices for attorneys' fees and costs associated with the January 21, 2021 status conference.

**SO ORDERED.**

                                              *s/ Ona T. Wang*

Dated: January 27, 2021                **Ona T. Wang**
       New York, New York        United States Magistrate Judge