**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
CARLOS DEL RIO,

                    Plaintiff,                    19-CV-3426 (OTW)

         -against-                    **ORDER**

257 SG PIZZA CORP., *et al.*,

                    Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

If Plaintiff intends to seek a default judgment against Defendant 257 SG Pizza Corp., Plaintiff shall move to strike 257 SG Pizza Corp's answer by September 30, 2021. Any responses shall be due by October 30, 2021. There shall be no replies.

Additionally, the parties are hereby directed to appear for an in-person status conference on **October 7, 2021 at 2:30 p.m.** in Courtroom 20-D United States Courthouse, 500 Pearl Street, New York, New York.

Plaintiff is directed to serve a copy of this Order on both Giuseppe Graci and 257 SG Pizza Corp., and file proof of such service on the docket.

       **SO ORDERED.**

                                              *s/ Ona T. Wang*
Dated: September 22, 2021                      **Ona T. Wang**
       New York, New York                United States Magistrate Judge