UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CARLOS DEL RIO,

                Plaintiff,                      19-CV-3426 (OTW)

        -against-                      **ORDER**

257 SG PIZZA CORP., *et al.*,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Alessandra Graci's September 29, 2021 letter on behalf of her father, *pro se* Defendant Giuseppe Graci. (ECF 94). The in-person conference scheduled on October 7, 2021 is **ADJOURNED**. Plaintiff's Motion to Strike Defendants' Answer (ECF 96) is **DENIED** without prejudice at this time.

This matter is hereby stayed until December 1, 2021. Mr. Graci is directed to file a status letter on December 1, 2021. The Court wishes Mr. Graci's parents a full and speedy recovery.

Plaintiff is directed to serve a copy of this Order on both Giuseppe Graci and 257 SG Pizza Corp., and file proof of such service on the docket.

        **SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: October 1, 2021                                  **Ona T. Wang**
      New York, New York                     United States Magistrate Judge