**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
CARLOS DEL RIO,

                     Plaintiff,                     19-CV-3426 (OTW)

       -against-                           **ORDER**

257 SG PIZZA CORP., *et al.*,

                     Defendants.
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Giuseppe Graci's letter filed on November 30, 2021. (ECF 106). Plaintiff's counsel is directed to reach out to Defendant Graci to discuss outstanding discovery. The parties are directed to submit a joint status letter on January 14, 2022.

Plaintiff is directed to serve a copy of this Order on Giuseppe Graci, and file proof of such service on the docket.

**SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: December 8, 2021                           **Ona T. Wang**
       New York, New York                 United States Magistrate Judge