**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

\----------------------------------------------------------x

CARLOS DEL RIO,

                     Plaintiff,

           -against-

257 SG PIZZA CORP., *et al.*,

                  Defendants.

\----------------------------------------------------------x

19-CV-3426 (OTW)

**ORDER**

        **ONA T. WANG, United States Magistrate Judge:**

        The Court is in receipt of the parties' joint letter, which informs the Court that a settlement has been reached. Accordingly, all deadlines are adjourned *sine die*.

        It is further **ORDERED** that the parties shall submit their request for approval of the settlement under *Cheeks v. Freeport Pancake House* by **February 18, 2022**.

        **SO ORDERED.**

                                 *s/ Ona T. Wang*

Dated: January 18, 2022                           **Ona T. Wang**
      New York, New York                   United States Magistrate Judge